

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00284-CV

## IN THE INTEREST OF A.J.M. AND A.R.M., CHILDREN

_____

**From the 378th District Court
Ellis County, Texas
Trial Court No. 80226D**

_____

## O R D E R

_____

On December 30, 2014, appellant advised the Court that opposing counsel in this appeal had passed away. Thereafter, for each pleading appellant filed, appellant did not indicate in the certificates of service for those pleadings who appellant served with that pleading. Further, appellant's brief, filed on April 24, 2015, was purportedly only served on the deceased former counsel. Subsequent letters we have received have not been copied to the opposing party. Notwithstanding the circumstances, appellant has repeatedly pushed the Court to quickly dispose of this case. The Court will not dispose of the appeal until the Court can be assured that the party, Angel Morales, has been served with every document appellant has filed with, or sent to, the Court since

Morales's attorney's death.[1]

Accordingly, appellant is ORDERED to serve, within 14 days from the date of this Order, Angel Morales with copies of appellant's:

1. "Motion for Extension" filed on February 9, 2015, **and** the Court's disposition thereof on February 18, 2015;
2. "Motion for Extension" filed on March 9, 2015, **and** the Court's disposition thereof on March 18, 2015;
3. "Motion for Extension" filed on April 24, 2015, **and** the Court's disposition thereof on April 29, 2015;
4. "Appellant's Brief on the Merit" filed on April 24, 2015;
5. correspondence to the Court received on April 30, 2015 and dated April 30, 2015;
6. correspondence to the Court received on June 26, 2015 and dated June 25, 2015;
7. correspondence to the Court received on August 18, 2015 and dated August 18, 2015; and
8. this Order

by certified mail, return receipt requested, and simultaneously provide proof of such service to the Clerk of this Court. All the foregoing documents may be served in one package.

Failure to serve the copies as required, provide the notice to the Clerk as required or respond to this Order at all will result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3(c).

PER CURIAM

---

[1] We note that this is a suit in which it is inconceivable that appellant's counsel would not know or have ready access to a valid current address for the opposing party. Counsel represents the mother of children whose father is the appellee. The proof of service must include the name and address upon whom service is accomplished. TEX. R. APP. P. 9.5(e)(2).

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed September 17, 2015

